UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON DIVISION

CASE NO. _____

LEWIS YORK                                                                                                   PLAINTIFF

VS.

OWENS AUTO PARTS, INC.                                                                         DEFENDANT

PETITION FOR REMOVAL

Comes now the Petitioner, Owens Auto Parts, Inc., Defendant herein, and pursuant to 28 U.S.C. § 1441 *et seq*, and all other applicable authority, respectfully states to the Court:

1. On October 1, 2010, Plaintiff commenced against Defendant in the Circuit Court of Laurel County, Kentucky, a civil action for the recovery of damages in excess of the minimum jurisdictional amount, as shown by Plaintiff's Complaint herein, demanding damages in that amount.

2. At the time of the commencement in State Court of this action and at the time of filing this removal petition, Plaintiff is and has been a citizen of Kentucky, residing at 83 Taylor Circle Road, Williamsburg, Kentucky 40769, and Defendant is, and has been a corporation incorporated under the laws of the State of Kentucky, and in no other state, and having its principal place of business at 602 18th Street, Corbin, Kentucky 40701.

3. On or about October 4, 2010, the Defendant was served with a summons and a copy of the complaint in the aforesaid civil action. True copies of said summons and petition including all exhibits to said complaint, is attached hereto as **Exhibits A,** and a copy of the Motion to Dismiss For Improper Venue, is attached hereto as **Exhibit B,** and a copy of Plaintiffs Response to Defendants Motion to Dismiss, is attached as **Exhibit C** respectfully.

4. That under 28 U.S.C. § 1441, a Defendant may remove an action filed in state court to federal court provided that it could have been initially brought in federal court.

5. This is a controversy of which the United States District Courts have original jurisdiction, pursuant to 28 U.S.C. § 1441(b). The Plaintiff's complaint arises under federal law, in that the Plaintiff alleges that Defendant violated provisions of 29 U.S.C. § 260.

6. That this action is timely removed as it has been removed within thirty (30) days of arraignment in state court.

7. That, pursuant to 28 U.S.C. § 1441(a), venue of the removed action is proper in the United States District Court for the Eastern District of Kentucky, at London, as the district and division embracing the Court where Civil Action 10-CI-01112 is pending, that being Laurel Circuit Court, Laurel County, Kentucky.

8. That the Defendant, Owens Auto Parts, Inc., does hereby remove this cause of action from the Circuit Court of Laurel County, Kentucky to the United States District Court for the Eastern District of Kentucky, at London.

9. That written notice of filing of this Petition for Removal has this day been given to all parties to the action as required by law and a true copy of this Petition of

Removal has this day been mailed to the Clerk of the Circuit Court of Laurel County, as required by law.

**WHEREFORE**, your petitioner, Defendant herein, requests this action be removed to this Court and that this Court assume full jurisdiction over the cause herein, as provided by law, and that this action be placed on the docket of the docket of this Court for further proceedings, the same as though this action had been originally instituted in this Court.

> HOWARD O. MANN
> GRAHAM C. TRIMBLE
> LAW OFFICES OF HOWARD O. MANN, PSC
> 104 North Kentucky Ave.
> P.O. Box 1344
> Corbin, Kentucky 40702
> Telephone: 606-528-0616
> hmannlaw@bellsouth.net
> gtrimblelaw@bellsouth.net
>
>
> BY:   /s/ HOWARD O. MANN
> ***COUNSEL FOR DEFENDANT,***
> ***OWENS AUTO PARTS, INC.***

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was this 19th day of October 2010, been electronically filed and served on the following:

Bryan M. Cassis, Esq.
Attorney at Law
Kentucky Home Life building
239 S. Fifth Street, Suite 1800
Louisville, KY 40202
bryan@cassislaw.com

> /s/ HOWARD O. MANN
> COUNSEL FOR DEFENDANT,
> OWENS AUTO PARTS, INC.