EXHIBIT A

| | | |
|---|---|---|
| AOC-105    Doc. Code: CI<br>Rev. 1-07    09/29/2010 02:44 pm<br>Page 1 of 1    Ver. 1.02<br>Commonwealth of Kentucky<br>Court of Justice    www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | Case No. 10CI-01112<br>Court ☑ Circuit ☐ District<br>County Laurel |

**PLAINTIFF**

Lewis                        York

83 Taylor Circle Road

Williamsburg         Kentucky         40769

VS.

**DEFENDANT**

Owens Auto Parts, Inc.

602 Eighteenth Street

Corbin                     Kentucky         40701

**Service of Process Agent for Defendant:**

| | | | |
|---|---|---|---|
| R.L. | Owens | | |
| 602 18th Street | | | |
| P.O. Box 940 | | | |
| Corbin | | Kentucky | 40702 |

THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANT(S):

    You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or** by an **attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

    The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: 10-1-, 2010           R Schott _____ Clerk
                               By: S Deaton _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.

                               Served by: _____

                                                         _____ Title

EXHIBIT A

CIVIL ACTION NO. 10CI01112         LAUREL CIRCUIT COURT

                                    DIVISION  I

**LEWIS YORK**                                              **PLAINTIFF**
83 Taylor Circle Road
Williamsburg, Kentucky 40769

v.

**OWENS AUTO PARTS, INC.**                                  **DEFENDANT**
602 Eighteenth Street
Corbin, Kentucky 40701

      SERVE:    REGISTERED AGENT
                      R.L. Owens
                      602 18th St.
                      P.O. Box 940
                      Corbin, Kentucky 40702

\*\*\*\*  \*\*\*\*  \*\*\*\*  \*\*\*\*

## COMPLAINT

    Comes the Plaintiff, Lewis York (hereinafter "York" or "Plaintiff") and for his Complaint against the Defendant, Owens Auto Parts, Inc. (hereinafter "Owens" or "Defendant") states as follows:

### I.    PARTIES, JURISDICTION AND VENUE

1.    York is a Kentucky resident.

2.    Defendant Owens Auto Parts, Inc. is a Kentucky corporation doing business in Corbin, Kentucky.

3.    The events underlying the claims set forth herein took place in Laurel County, Kentucky.

4.    Venue and jurisdiction are proper in this Court.

EXHIBIT A

## II. FACTS

5. York is a former employee of Owens.

6. York was employed by Owens as a mechanic.

7. York began his employment in June of 2008.

8. Owens is an employer under the Kentucky Civil Rights Act ("KRS 344 *et. seq.*").

9. KRS 344 prohibits discrimination on the basis of an employee's disability or perceived disability.

10. On March 1, 2009, York sought and obtained hospital medical treatment for a heart condition.

11. On March 5, 2009, York was released from the hospital, but instructed to see a heart specialist.

12. York requested additional medical leave.

13. On April 14, 2009, after seeing a heart specialist York was cleared to return to work without medical restriction.

14. Owens refused to allow York to return to work without medical restriction and was discharged.

15. York's heart condition constituted a disability under KRS 344 and a "serious health condition" under the Family and Medical Leave Act ("FMLA"), 29 United States Code § 260 *et. seq.*

16. Owens was aware of York's disability.

17. Owens perceived and regarded York as having a disability.

18. Owens terminated York's employment because of his disability and because he took medical leave.

2

EXHIBIT A

19. Owens failed to accommodate York's disability.

### III. CLAIMS AND CAUSES OF ACTION

#### A. VIOLATION OF THE KENTUCKY CIVIL RIGHTS ACT

20. York re-alleges all allegations contained in Paragraphs 1 through 19 above as if fully set forth herein.

21. Owens terminated York's employment on the basis of a disability and/or a perceived disability and Owens failed to reasonably accommodate York's disability.

22. Owens terminated York's employment in violation of the disability discrimination provisions of the Kentucky Civil Rights Act, KRS Chapter 344 *et. seq.*

#### B. VIOLATION OF THE FAMILY AND MEDICAL LEAVE ACT

23. York re-alleges all allegations contained in Paragraphs 1 through 22 above as if fully set forth herein.

24. Owens terminated York's employment in violation of the FMLA, 29 United States Code § 260 *et. seq.*

#### C. PUBLIC POLICY WRONGFUL DISCHARGE

25. York re-alleges all allegations contained in Paragraphs 1 through 24 above as if fully set forth herein.

26. Owens' discharge of York constitutes wrongful discharge in violation of Kentucky public policy.

#### D. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

27. York re-alleges all allegations contained in Paragraphs 1 through 26 above as if fully set forth herein.

3

EXHIBIT A

28. Owens' actions leading up to and surrounding the discharge of York constitute intentional infliction of emotional distress.

## IV. PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff York respectfully prays that he be awarded the following relief and all other relief to which she may be entitled:

A. Trial by jury;

B. Judgment against the Defendant on all claims asserted herein;

C. Compensatory damages including but not limited to past and future lost wages and past and future lost benefits;

D. Compensatory damages but not limited to emotional distress, mental anguish, humiliation and embarrassment;

E. Punitive damages to punish and deter similar future unlawful conduct;

F. Liquidated damages for a willful FMLA violation.

G. An award of statutory attorney fees, costs and expenses; and

H. Statutory interest on all damage awards, verdicts, or judgments.

Respectfully submitted,

_____
Bryan M. Cassis
1800 Kentucky Home Life Building
239 S. Fifth Street
Louisville, Kentucky 40202
(502) 736-8100 (phone)
(502) 736-8106 (fax)
bryan@cassislaw.com

*Attorney for the Plaintiff Lewis York*

4

EXHIBIT A



ROGER L. SCHOTT
CIRCUIT COURT CLERK
LAUREL CIRCUIT & DISTRICT COU
JUDICIAL ANNEX #2
P.O. Box 1798
LONDON, KENTUCKY 40743-1798

7009 1430 0000 8516 5524

R. L. OWENS
OWENS AUTO PARTS INC
602 18TH STREET
P.O. BOX 940
CORBIN KY    40702

EXHIBIT ___A___