UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO. 6:10-CV-00285-HAI

LEWIS YORK                                                                                              PLAINTIFF

VS.           **<u>AGREED ORDER OF SETTLEMENT AND DISMISSAL</u>**

OWENS AUTO PARTS, INC.                                                DEFENDANT

\* \* \* \* \* \*

The Plaintiff, Lewis York, having informed the Court that he has settled his claims against the Defendant, Owens Auto Parts, Inc., and the Court hereby acknowledging the settlement of the Plaintiff's claims and being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that all claims that have been asserted by the Plaintiff, Lewis York, against the Defendant, Owens Auto Parts, Inc., and all claims that could have been asserted by the Plaintiff, Lewis York, against the Defendant, Owens Auto Parts, Inc., are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs.

This matter is STRICKEN from the active docket. This is a final and appealable order and there is no just cause for delay.

      This the 30th day of November, 2011.



**Signed By:**

**<u>Hanly A. Ingram</u>**

**United States Magistrate Judge**

HAVE SEEN AND AGREED
TO BE ENTERED:

<u>/s/Bryan Cassis by R. David Clark with permission from Bryan Cassis</u>
Bryan Cassis
*Counsel for Plaintiff*

<u>/s/R. David Clark</u>
David Clark
*Counsel for Defendant*